# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **RICHARD D. ABBOTT** | **DOCKET NO. 3:16-CV-1173** |
| | **SECTION "P"** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA, this 6th day of July, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE